COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-082-CV

 

IN RE MARCUS C. SHELTON                                                    RELATOR

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL: 
GARDNER, LIVINGSTON, and DAUPHINOT, JJ. 

 

DELIVERED: 
March 20, 2009  











     [1]See
Tex. R. App. P. 47.4.